UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WESLEY D. PIERCE | CIVIL ACTION |
| VERSUS | NO. 21-1262 |
| JONATHAN PORTER, *et al.* | SECTION M (2) |

### ORDER

Considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation ("R&R"),[1] and finding that as of this date no party has filed objections to the R&R, the Court hereby approves the R&R and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff Wesley D. Pierce's 42 U.S.C. § 1983 claims against defendants Dr. Jose Ham, Captain Lacey Kelly, Sheriff Randy Smith, Deputy Warren Farrell, Captain Shaniqueka Weary, Lt. Chatelain, Deputy Johnathan Lott, Sergeant Robin, Deputy Widdle, Lt. Fayard, Deputy Dussoy, Deputy Foto, Sergeant Harris, Corporal Glover, Deputy Racheal Smith, Corporal Pelligrin, and Sergeant John Doe are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e), § 1915A and 42 U.S.C. § 1997e as frivolous and for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Pierce's motion for temporary restraining order (R. Doc. 25) is **DENIED**.

**IT IS FURTHER ORDERED** that Dr. Ham's motion to dismiss, or alternatively, for summary judgment (R. Doc. 28) is **DENIED** without prejudice as moot.

**IT IS FURTHER ORDERED** that Pierce's § 1983 claims of excessive force and cruel and unusual punishment against defendant Jonathan Porter arising from the alleged sexual assaults

---

[1] R. Doc. 45.

occurring within the St. Tammany Parish Jail between December 2019 and October 2020 be allowed to proceed and remain referred to the magistrate judge for further pretrial proceedings.

New Orleans, Louisiana, this 24th day of June, 2022.

                                                                                                                   _____
                                                                                                                    BARRY W. ASHE
                                                                                                                    UNITED STATES DISTRICT JUDGE